16-2020-CA-004728-XXXX-MA Div: CV-H

Filing # 112132924 E-Filed 08/20/2020 02:34:35 PM

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

ANDREA GARRIGUS and
ROBERT GARRIGUS

    Plaintiffs,

vs.

DOLLAR TREE STORES, INC.

    Defendant.
_____/

## COMPLAINT

Plaintiff, ANDREA GARRIGUS and ROBERT GARRIGUS, by and through their attorney, sues Defendant, DOLLAR TREE STORES, INC. and alleges as follows:

1. This is an action for damages in excess of $30,000, exclusive of attorneys' fees, interest and costs, and plaintiff(s) hereby demand a trial by jury; accordingly, although, to file this complaint, undersigned counsel is being required by order of the Supreme Court of Florida to contemporaneously complete a civil cover sheet with a dollar figure as an estimated amount of claim for data collection and clerical processing purposes only, the full monetary value of the damages suffered by plaintiff (s) is yet to be determined and will be decided in a verdict by the jury that judges the facts of this action in compliance with Article I, Section 22, Florida Constitution.

2. At all times material hereto Plaintiffs were actually present in Duval County, Florida.

[13171543/1]

3. At all times material hereto, Defendant, DOLLAR TREE STORES, INC. operated a store in Duval County, Florida located at 2507 W Beaver Street, Jacksonville FL 32254 called Family Dollar.

4. At all times material hereto, Plaintiff ANDREA GARRIGUS was an invitee of the Family Dollar shop at 2507 W Beaver Street in Duval County, Florida.

5. At all times material hereto, Defendant, DOLLAR TREE STORES, INC. was responsible for the condition of the subject premise

6. On or about February 3, 2019, inside the Family Dollar store in Jacksonville, Florida the Defendant was negligent by placing a rug near the entrance way so that it was rumpled and became a unreasonably dangerous trip hazard.

7. Plaintiff, ANDREA GARRIGUS, was injured when she fell due to this negligently placed rug.

## COUNT I
## NEGLIGENCE OF DOLLAR TREE STORES, INC.

Plaintiff realleges and reavers Paragraphs 1 through 7 as if fully set forth herein and would further state:

8. At all times material hereto, the Defendant, DOLLAR TREE STORES, INC. owed a duty to the Plaintiff, ANDREA GARRIGUS to exercise reasonable care in the maintenance of its property to prevent injury to its invitees.

9. Defendant, DOLLAR TREE STORES, INC. was negligent in its maintenance of the property by failing to ensure that its floor was properly monitored to ensure there were no hazards present.

[13171543/1]

10. Defendant is also negligent for its training and procedures of its employees, as this rug was dangerously placed by a member of its own staff.

11. Defendant had actual and constructive knowledge of this dangerous condition as they had been notified of the condition and the risks it posed or its agents had observed the dangerous condition.

12. Despite this knowledge, the Defendant did not undertake the necessary steps to ensure the safety of its invitees.

13. As a direct and proximate result of the negligence of the Defendant, DOLLAR TREE STORES, INC. the Plaintiff, ANDREA GARRIGUS was injured in and about her body and/or aggravated a pre-existing condition or injury, suffered pain therefrom, incurred medical and related expenses in the treatment of her injuries, suffered physical handicap, suffered significant scarring and disfigurement, suffered psychological and emotional injuries, sustained permanent injuries within a reasonable degree of medical probability and/or suffered permanent loss of an important bodily function, and has lost the capacity for the enjoyment of life.

14. In that the injuries suffered by Plaintiff are continuing in nature, she will continue to suffer pain, disfigurement, scarring, psychological and emotional injuries, physical handicap and permanent injury in the future, and will be further compelled to expend great sums of money for medical care and related treatment for those injuries, and will continue to suffer the loss of the capacity for the enjoyment of life.

WHEREFORE, the Plaintiff, ANDREA GARRIGUS demands judgment for compensatory damages against the Defendant, DOLLAR TREE STORES, INC. for an amount in excess of $30,000.00, together with costs and demands trial by jury of all issues triable as of right by a jury.

[13171543/1]

## COUNT II
## NEGLIGENCE OF DOLLAR TREE STORES, INC (ROBERT GARRIGUS, DERIVATIVE CAUSE OF ACTION)

Plaintiffs reaffirm and reallege the allegations contained in paragraphs 1 through 14 above.

15. At all times material hereto, Plaintiff ROBERT GARRIGUS, is and was the lawful husband of Plaintiff ANDREA GARRIGUS.

16. As a direct and proximate result of the defendant's negligent conduct, Plaintiff ROBERT GARRIGUS'S spouse suffered the aforedescribed injuries.

17. Before suffering these injuries, ANDREA GARRIGUS was able to and did perform all of the duties of a spouse and did perform all these duties, including assisting in maintaining the home and providing love, companionship, affection, society, moral support and solace to Plaintiff ROBERT GARRIGUS.. As a direct and proximate result of the injuries, ANDREA GARRIGUS has been unable to perform the duties of a spouse including, but not limited to assisting with housework, participating in family, recreational and/or social activities with the Plaintiff. Due to the nature of the injuries sustained by ANDREA GARRIGUS and the severe physical and psychological strains they cause, Plaintiff's spouse is no longer able to provide Plaintiff with love, companionship, affection, society, moral support and solace. Because of these injuries, ANDREA GARRIGUS will be unable to perform these duties in the future. ROBERT GARRIGUS is therefore deprived and will be permanently deprived of his spouse's consortium, all to Plaintiff's damage, in a total amount to be established by proof at trial.

WHEREFORE, Plaintiff ROBERT GARRIGUS demands judgment for damages against Defendant, DOLLAR TREE STORES, INC and other such relief deemed proper by the Court.

[13171543/1]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing will be served on the Defendant by process server.

Dated this 20th day of August, 2020.

        FARAH & FARAH, P.A.

        */s/ Khalil Farah*
        **Khalil Farah**
        Florida Bar No.: 118645
        10 West Adams Street
        Jacksonville, FL 32202
        Ph & Fax: (904) 862-2512
        Primary: kfarah@farahandfarah.com
        Secondary: ysanchez@farahandfarah.com
        Attorney for Plaintiff